UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00135

**Horace Grely Dean III,**
*Plaintiff,*
v.
**B. Maxey,**
*Defendant.*

# ORDER

Plaintiff Horace Grely Dean III, an inmate at Smith County Jail proceeding pro se, filed this lawsuit against defendant Officer B. Maxey pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge John D. Love. The magistrate judge issued a report recommending that this lawsuit be dismissed without prejudice as frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b). Doc. 7. No objections were filed to the magistrate judge's report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's claims are dismissed without prejudice as frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b).

*So ordered by the court on July 9, 2021.*

J. CAMPBELL BARKER
United States District Judge